IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED
APR 21 2008
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| JIMMY LYN FARRELL, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-783-W |
| GLENDA LEE et al., | ) |
| Defendants. | ) |

## ORDER

On March 27, 2008, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the amended complaint filed by plaintiff Jimmy Lyn Farrell be dismissed for failure to exhaust administrative remedies. Farrell was advised of his right to object to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Purcell's suggested disposition of this matter and likewise finds that dismissal is warranted due to Farrell's failure to exhaust available administrative remedies as required by title 42, section 1997e(a) of the United States Code.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on March 27, 2008;

(2) GRANTS the Motion to Dismiss/Motion for Summary Judgment filed by defendants Mike Addison, Chris Bartlett, Sam Preston, Deputy Warden Chrisman, Wendell Edward Miles, Jr., and Glenda Lee on January 22, 2008, which was, and has been construed by Magistrate Judge Purcell and this Court, respectively, as a motion for

summary judgment; and

(3) DISMISSES this matter.

ENTERED this 21st day of April, 2008.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE